# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF WYOMING

In re: WHITMAN, JASON B. &sect; Case No. 07-20010
     WHITMAN, SALLY J &sect;
&sect;
Debtor(s) &sect;

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    RANDY L. ROYAL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $196,850.00          Assets Exempt:  $27,150.00

Total Distribution to Claimants: $4,099.49          Claims Discharged
                                                    Without Payment: $183,411.90

Total Expenses of Administration: $1,863.49

---

    3) Total gross receipts of $   5,962.98   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $5,962.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $307,193.00 | $36,694.93 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,863.49 | 1,863.49 | 1,863.49 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 541,027.41 | 192,853.69 | 187,511.39 | 4,099.49 |
| **TOTAL DISBURSEMENTS** | $848,220.41 | $231,412.11 | $189,374.88 | $5,962.98 |

4) This case was originally filed under Chapter 7 on January 09, 2007. . The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/20/2009           By: /s/RANDY L. ROYAL
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| B-2 BANK/SAVINGS ACCOUNTS | 1129-000 | 248.36 |
| B-8 FIREARMS & HOBBY EQUIPMENT | 1129-000 | 400.00 |
| B-25 1993 GEO PRIZM | 1129-000 | 1,550.00 |
| WAGES | 1229-000 | 106.49 |
| NON-EXEMPT ACCOUNTS RECEIVABLE | 1229-000 | 1,708.74 |
| 2006 TAX REFUND | 1224-000 | 1,929.00 |
| Interest Income | 1270-000 | 20.39 |
| **TOTAL GROSS RECEIPTS** | | **$5,962.98** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALTAIR EYEWEAR | 4110-000 | 36,508.00 | 36,694.93 | 0.00 | 0.00 |
| AMERICAN'S SERVICING COMPANY | 4110-000 | 145,000.00 | N/A | 0.00 | 0.00 |
| FINANCIAL PACIFIC LEASING | 4210-000 | 5,000.00 | N/A | 0.00 | 0.00 |
| OPTOS, INC. | 4210-000 | 44,085.00 | N/A | 0.00 | 0.00 |
| U.S. BANCORP MANIFEST FUNDING | 4210-000 | 43,000.00 | N/A | 0.00 | 0.00 |
| WELLS FARGO BANK | 4110-000 | 33,600.00 | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $307,193.00 | $36,694.93 | $0.00 | $0.00 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RANDY L. ROYAL | 2100-000 | N/A | 1,346.30 | 1,346.30 | 1,346.30 |
| RANDY L. ROYAL | 2200-000 | N/A | 175.75 | 175.75 | 175.75 |
| W.A.C. - G.M.K. & C. | 3610-000 | N/A | 310.00 | 310.00 | 310.00 |
| W.A.C. - G.M.K. & C. | 3620-000 | N/A | 31.44 | 31.44 | 31.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,863.49 | $1,863.49 | $1,863.49 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (4/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAPITAL RECOVERY ONE | 7100-000 | 450.00 | 458.97 | 458.97 | 10.03 |
| GE CONSUMER FINANCE | 7100-000 | 1,300.00 | 1,470.56 | 1,470.56 | 32.15 |
| ALTAIR EYEWEAR | 7100-000 | 1,500.00 | 1,631.20 | 0.00 | 0.00 |
| SALLIE MAE | 7100-000 | 61,524.00 | 45,264.04 | 45,264.04 | 989.59 |
| C. EDWARD WEBSTER II | 7100-000 | 16,901.00 | 26,750.04 | 26,750.04 | 584.83 |
| C. EDWARD WEBSTER II | 7100-000 | 61,750.00 | 38,064.90 | 38,064.90 | 832.20 |
| KENMARK GROUP | 7100-000 | 9,784.31 | 2,972.03 | 0.00 | 0.00 |
| DAVE AND BECKY HINTON | 7100-000 | 10,000.00 | 13,847.03 | 13,107.96 | 286.57 |
| AMERICAN EXPRESS TRAVEL RELATED SVCS CO | 7100-000 | 1,500.00 | 1,556.21 | 1,556.21 | 34.02 |
| AMERICAN EXPRESS BANK FSB | 7100-000 | 8,299.36 | 9,549.01 | 9,549.01 | 208.77 |
| AMERICAN EXPRESS CENTURION BANK | 7100-000 | 3,000.00 | 2,803.88 | 2,803.88 | 61.30 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORATION ASSIGNEE OF | 7100-000 | 3,061.00 | 3,014.32 | 3,014.32 | 65.90 |
| US BANKCORP MANIFEST FUNDING SERVICES | 7100-000 | 43,000.00 | 45,471.50 | 45,471.50 | 994.13 |
| AMERICAN EDUCATION SERVICES | 7100-000 | 7,000.00 | N/A | 0.00 | 0.00 |
| CITIFINANCIAL | 7100-000 | 5,300.00 | N/A | 0.00 | 0.00 |
| COLLEGIATE FUNDING SERVICES | 7100-000 | 30,100.00 | N/A | 0.00 | 0.00 |
| CUSTOM EYES, INC. | 7100-000 | 6,000.00 | N/A | 0.00 | 0.00 |
| DELL FINANCIAL | 7100-000 | 5,690.74 | N/A | 0.00 | 0.00 |
| DELL FINANCIAL | 7100-000 | 2,050.00 | N/A | 0.00 | 0.00 |
| DELL FINANCIAL | 7100-000 | 350.00 | N/A | 0.00 | 0.00 |
| DEX MEDIA | 7100-000 | 2,000.00 | N/A | 0.00 | 0.00 |
| E-DR.COM | 7100-000 | 4,100.00 | N/A | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 7100-000 | 4,000.00 | N/A | 0.00 | 0.00 |
| MBNA AMERICA | 7100-000 | 15,572.00 | N/A | 0.00 | 0.00 |
| NEWEGG.COM PERFERRED | 7100-000 | 2,400.00 | N/A | 0.00 | 0.00 |
| NORTH AMERICAN BANCARD | 7100-000 | 1,100.00 | N/A | 0.00 | 0.00 |
| OPTICAL DISTRIBUTION CORP | 7100-000 | 2,900.00 | N/A | 0.00 | 0.00 |
| ULTRA OPTICS | 7100-000 | 12,400.00 | N/A | 0.00 | 0.00 |
| USAA SAVINGS BANK | 7100-000 | 13,252.00 | N/A | 0.00 | 0.00 |
| STUDENT ASSISTANCE FOUNDATION | 7100-000 | 204,743.00 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $541,027.41 | $192,853.69 | $187,511.39 | $4,099.49 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-20010  
**Case Name:** WHITMAN, JASON B.  
WHITMAN, SALLY J  
**Period Ending:** 07/20/09

**Trustee:** (700060)   RANDY L. ROYAL  
**Filed (f) or Converted (c):** 01/09/07 (f)  
**§341(a) Meeting Date:** 02/27/07  
**Claims Bar Date:** 11/23/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | A-1 REAL PROPERTY | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | B-2 BANK/SAVINGS ACCOUNTS | 300.00 | 248.36 | | 248.36 | FA |
| 3 | B-4 HOUSEHOLD GOODS | 1,850.00 | 0.00 | DA | 0.00 | FA |
| 4 | B-6 WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | B-8 FIREARMS & HOBBY EQUIPMENT | 400.00 | 400.00 | | 400.00 | FA |
| 6 | B-25 1993 GEO PRIZM | 1,500.00 | 1,500.00 | | 1,550.00 | FA |
| 7 | B-25 1998 TOYOTA CAMRY | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | WAGES  (u) | 106.49 | 106.49 | | 106.49 | FA |
| 9 | NON-EXEMPT ACCOUNTS RECEIVABLE  (u) | 1,708.74 | 1,708.74 | | 1,708.74 | FA |
| 10 | 2006 TAX REFUND  (u) | 1,929.00 | 1,929.00 | | 1,929.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 20.39 | FA |
| 11 | Assets    Totals (Excluding unknown values) | **$202,794.23** | **$5,892.59** | | **$5,962.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2007   **Current Projected Date Of Final Report (TFR):**   October 10, 2008  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-20010  
**Case Name:** WHITMAN, JASON B.  
WHITMAN, SALLY J  
**Taxpayer ID #:** 13-7558916  
**Period Ending:** 07/20/09

**Trustee:** RANDY L. ROYAL (700060)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****20-65 - Money Market Account  
**Blanket Bond:** $87,935,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/12/07 | | JASON WHITMAN | WAGES, BANK ACCOUNT & ACCOUNTS RECEIVABLE | | | 1,338.85 | | 1,338.85 |
| | {2} | | BANK ACCOUNT | 248.36 | 1129-000 | | | 1,338.85 |
| | {8} | | WAGES | 106.49 | 1229-000 | | | 1,338.85 |
| | {9} | | NON-EXEMPT ACCOUNTS RECEIVABLE | 984.00 | 1229-000 | | | 1,338.85 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 0.35 | | 1,339.20 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 0.73 | | 1,339.93 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 0.73 | | 1,340.66 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 0.69 | | 1,341.35 |
| 07/02/07 | {5} | JASON WHITMAN | REPURCHASE OF CAMERA AND GOLF CLUBS | | 1129-000 | 400.00 | | 1,741.35 |
| 07/13/07 | {10} | JASON & SALLY WHITMAN | 2006 TAX REFUND | | 1224-000 | 1,929.00 | | 3,670.35 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 1.36 | | 3,671.71 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 2.02 | | 3,673.73 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 1.83 | | 3,675.56 |
| 10/24/07 | | RICK WESTBROOK | AUCTION PROCEEDS | | | 1,208.56 | | 4,884.12 |
| | {6} | | AUCTION PROCEEDS | 1,550.00 | 1129-000 | | | 4,884.12 |
| | | W.A.C. - G.M.K. & C. | AUCTION COMMISSION | -310.00 | 3610-000 | | | 4,884.12 |
| | | W.A.C. - G.M.K. & C. | AUCTION EXPENSES | -31.44 | 3620-000 | | | 4,884.12 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | | 1270-000 | 2.22 | | 4,886.34 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | | 1270-000 | 2.54 | | 4,888.88 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | | 1270-000 | 2.49 | | 4,891.37 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | | 1270-000 | 2.23 | | 4,893.60 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | | 1270-000 | 1.00 | | 4,894.60 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | | 1270-000 | 0.90 | | 4,895.50 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | | 1270-000 | 0.68 | | 4,896.18 |
| 05/08/08 | {9} | CODY EYE CARE CENTER | NON-EXEMPT ACCOUNTS RECEIVABLE | | 1229-000 | 724.74 | | 5,620.92 |
| 05/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | | 1270-000 | 0.62 | | 5,621.54 |
| 05/29/08 | | To Account #********2066 | MONEY MARKET CLOSEOUT FOR FINAL REPORT | | 9999-000 | | 5,621.54 | 0.00 |

Subtotals :   $5,621.54   $5,621.54

{} Asset reference(s)

Printed: 07/20/2009 01:41 PM    V.11.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-20010  
**Case Name:** WHITMAN, JASON B.  
WHITMAN, SALLY J  
**Taxpayer ID #:** 13-7558916  
**Period Ending:** 07/20/09

**Trustee:** RANDY L. ROYAL (700060)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****20-65 - Money Market Account  
**Blanket Bond:** $87,935,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 5,621.54 | 5,621.54 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,621.54 | |
| | | | **Subtotal** | | 5,621.54 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,621.54** | **$0.00** | |

{} Asset reference(s)

Printed: 07/20/2009 01:41 PM   V.11.21

Case 07-20010 Doc 41 Filed 07/21/09 Entered 07/21/09 13:07:43 Desc Main
Document Page 10 of 11

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 07-20010  
**Case Name:** WHITMAN, JASON B.  
WHITMAN, SALLY J  
**Taxpayer ID #:** 13-7558916  
**Period Ending:** 07/20/09

**Trustee:** RANDY L. ROYAL (700060)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****20-66 - Checking Account  
**Blanket Bond:** $87,935,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/08 | | From Account #********2065 | MONEY MARKET CLOSEOUT FOR FINAL REPORT | 9999-000 | 5,621.54 | | 5,621.54 |
| 12/17/08 | 101 | RANDY L. ROYAL | Dividend paid 100.00% on $1,346.30, Trustee Compensation; Reference: | 2100-000 | | 1,346.30 | 4,275.24 |
| 12/17/08 | 102 | RANDY L. ROYAL | Dividend paid 100.00% on $175.75, Trustee Expenses; Reference: | 2200-000 | | 175.75 | 4,099.49 |
| 12/17/08 | 103 | CAPITAL RECOVERY ONE | Dividend paid 2.18% on $458.97; Claim# 1; Filed: $458.97; Reference: 601859RMS4307065 | 7100-000 | | 10.03 | 4,089.46 |
| 12/17/08 | 104 | GE CONSUMER FINANCE | Dividend paid 2.18% on $1,470.56; Claim# 2; Filed: $1,470.56; Reference: 603459RMS5448089 | 7100-000 | | 32.15 | 4,057.31 |
| 12/17/08 | 105 | SALLIE MAE | Dividend paid 2.18% on $45,264.04; Claim# 4; Filed: $45,264.04; Reference: 6260 | 7100-000 | | 989.59 | 3,067.72 |
| 12/17/08 | 106 | C. EDWARD WEBSTER II | Dividend paid 2.18% on $26,750.04; Claim# 5; Filed: $26,750.04; Reference: 4591 Stopped on 03/18/09 | 7100-001 | | 584.83 | 2,482.89 |
| 12/17/08 | 107 | C. EDWARD WEBSTER II | Dividend paid 2.18% on $38,064.90; Claim# 6; Filed: $38,064.90; Reference: 4590 Stopped on 03/18/09 | 7100-001 | | 832.20 | 1,650.69 |
| 12/17/08 | 108 | DAVE AND BECKY HINTON | Dividend paid 2.18% on $13,107.96; Claim# 8; Filed: $13,847.03; Reference: Voided on 01/05/09 | 7100-001 | | 286.57 | 1,364.12 |
| 12/17/08 | 109 | AMERICAN EXPRESS TRAVEL RELATED SVCS CO | Dividend paid 2.18% on $1,556.21; Claim# 9; Filed: $1,556.21; Reference: 2009 | 7100-000 | | 34.02 | 1,330.10 |
| 12/17/08 | 110 | AMERICAN EXPRESS BANK FSB | Dividend paid 2.18% on $9,549.01; Claim# 10; Filed: $9,549.01; Reference: 1005 | 7100-000 | | 208.77 | 1,121.33 |
| 12/17/08 | 111 | AMERICAN EXPRESS CENTURION BANK | Dividend paid 2.18% on $2,803.88; Claim# 11; Filed: $2,803.88; Reference: 1005 | 7100-000 | | 61.30 | 1,060.03 |
| 12/17/08 | 112 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | Dividend paid 2.18% on $3,014.32; Claim# 12; Filed: $3,014.32; Reference: 7635 | 7100-000 | | 65.90 | 994.13 |
| 12/17/08 | 113 | US BANKCORP MANIFEST FUNDING SERVICES | Dividend paid 2.18% on $45,471.50; Claim# 13; Filed: $45,471.50; Reference: 6000041811000 | 7100-000 | | 994.13 | 0.00 |
| 01/05/09 | 108 | DAVE AND BECKY HINTON | Dividend paid 2.18% on $13,107.96; Claim# 8; Filed: $13,847.03; Reference: Voided: check issued on 12/17/08 | 7100-001 | | -286.57 | 286.57 |
| 01/05/09 | 114 | U.S. BANKRUPTCY CLERK | UNCLAIMED FUNDS | 7100-000 | | 286.57 | 0.00 |
| 03/18/09 | 106 | C. EDWARD WEBSTER II | Dividend paid 2.18% on $26,750.04; Claim# 5; | 7100-001 | | -584.83 | 584.83 |

Subtotals : $5,621.54 $5,036.71

{} Asset reference(s)

Printed: 07/20/2009 01:41 PM V.11.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 07-20010  
**Case Name:** WHITMAN, JASON B.  
WHITMAN, SALLY J  
**Taxpayer ID #:** 13-7558916  
**Period Ending:** 07/20/09

**Trustee:** RANDY L. ROYAL (700060)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****20-66 - Checking Account  
**Blanket Bond:** $87,935,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $26,750.04; Reference: 4591 | | | | |
| | | | Stopped: check issued on 12/17/08 | | | | |
| 03/18/09 | 107 | C. EDWARD WEBSTER II | Dividend paid  2.18% on $38,064.90; Claim# 6; | 7100-001 | | -832.20 | 1,417.03 |
| | | | Filed: $38,064.90; Reference: 4590 | | | | |
| | | | Stopped: check issued on 12/17/08 | | | | |
| 03/18/09 | 115 | U.S. BANKRUPTCY CLERK | UNCLAIMED FUNDS | | | 1,417.03 | 0.00 |
| | | | Ref # 4591                   584.83 | 7100-000 | | | 0.00 |
| | | | Ref # 4590                   832.20 | 7100-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 5,621.54 | 5,621.54 | $0.00 |
| Less: Bank Transfers | 5,621.54 | 0.00 | |
| **Subtotal** | 0.00 | 5,621.54 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$5,621.54** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****20-65** | 5,621.54 | 0.00 | 0.00 |
| **Checking # ***-*****20-66** | 0.00 | 5,621.54 | 0.00 |
| | **$5,621.54** | **$5,621.54** | **$0.00** |

{} Asset reference(s)         Printed: 07/20/2009 01:41 PM     V.11.21